**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GLAVIN IVY,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Case No. 1:23-cv-69** |
| **v.** | ) | |
| | ) | |
| **SUPERINTENDENT SCI-FOREST, et al.,** | ) | |
| | ) | |
| | ) | |
| **Respondents.** | ) | |

**MEMORANDUM ORDER**

On March 15, 2023, Petitioner Glavin Ivy ("Ivy"), an inmate at SCI-Albion, commenced this civil action in which he seeks a writ of habeas corpus pursuant to 28 U.S.C. §2254. ECF Nos. 1, 5. Ivy is currently serving an aggregate term of 19 to 60 years' imprisonment, after a jury found him guilty of kidnapping, aggravated assault, rape, unlawful restraint, and simple assault. In his §2254 petition, Ivy challenged the validity of his conviction and sentence, based on a variety of alleged constitutional errors.

The matter has been referred to Chief United States Magistrate Judge Richard A. Lanzillo for a report and recommendation ("R&R") in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Civil Rule 72. On February 17, 2026, Judge Lanzillo issued a fifty-two (52) page R&R in which he recommends that the petition be denied and that no certificate of appealability issue. ECF No. 43.

Ivy's objections to the Report and Recommendation were initially due to be filed no later than March 6, 2026. At Ivy's request, however, the deadline for objections was repeatedly extended to the current date of September 14, 2026. As of this date, no objections have been received.

After *de novo* review of the petition and documents in the case, including the Chief Magistrate Judge's Report and Recommendation, the following order is entered:

NOW, this 17th day of September, 2026, IT IS ORDERED that the within Petition shall be, and hereby is, DENIED.

IT IS FURTHER ORDERED that the Report and Recommendation of Chief Magistrate Judge Lanzillo, issued on February 17, 2026, ECF No. [43], is adopted as the opinion of this Court.

Finally, IT IS ORDERED that no certificate of appealability shall issue in this case, as reasonable jurists would not find it debatable that the Petitioner has failed to make a substantial showing of the denial of a constitutional right. And, to the extent this Court's ruling rests on procedural matters addressed in the Report and Recommendation and adopted herein, reasonable jurists would not debate the correctness of those rulings.

As there are no further matters pending before the Court relative to the instant petition, the Clerk is directed to mark this case "CLOSED."

Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge